SEALED

PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 28 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DORIAN JALIAS MILES

CASE NO. 2:17-MJ-131 CKD

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

**UNDER SEAL**

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the Complaint, Arrest Warrant, and affidavit in the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: 7/28/2017

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER

1